UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRG INVESTMENTS LLC,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CASE NO. 3:22-cv-05600-DGE<br><br>ORDER GRANTING MOTION TO REMAND (DKT. NO. 32) |

　　　　Before the Court is Plaintiff TRG Investments LLC ("TRG")'s motion to remand (Dkt. No. 32.) This Court previously determined Defendant Whitfield Insurance Agencies, Inc. ("Whitfield") to be a citizen of Washington for purposes of diversity jurisdiction and instructed Plaintiff TRG to submit a supplemental corporate disclosure statement outlining the citizenship of its members to determine whether the addition of Whitfield as a defendant destroyed diversity. (Dkt. No. 34 at 2–4.)

　　　　TRG is a citizen of every state of which its owners/members are citizens. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). TRG's members are

ORDER GRANTING MOTION TO REMAND (DKT. NO. 32) - 1

1  natural persons: Blain Roberts, Kim Roberts, and Carrie Roberts. (Dkt. No 37 at 2.) A natural

2  person's state citizenship is determined by his state of domicile. *Kanter v. Warner-Lambert Co.*,

3  265 F.3d 853, 857 (9th Cir. 2001). "A person's domicile is her permanent home, where she

4  resides with the intention to remain or to which she intends to return." *Id.* "A person residing in

5  a given state is not necessarily domiciled there, and thus is not necessarily a citizen of that state."

6  *Id.*; *see also Molinos Valle Del Cibao, C. por A. v. Lama*, 633 F.3d 1330, 1341–42 (11th Cir.

7  2011) ("Domicile is not synonymous with residence; one may temporarily reside in one location,

8  yet retain domicile in a previous residence."); *Digital Media Sols., LLC v. Zeetogroup, LLC*, No.

9  22-CV-1184 JLS (AHG), 2022 WL 16639293, at *4 (S.D. Cal. Nov. 2, 2022).

10  Instead, the determination:

11  involves a number of factors (no single factor controlling), including: current
    residence, voting registration and voting practices, location of personal and real
12  property, location of brokerage and bank accounts, location of spouse and family,
    membership in unions and other organizations, place of employment or business,
13  driver's license and automobile registration, and payment of taxes.

14  *Lew v. Moss*, 797 F.2d 747, 750 (9th Cir. 1986) (collecting cases). Plaintiff's most recent

15  supplemental corporate disclosure statement notes Blain Roberts, Kim Roberts and Carrie

16  Roberts each maintain their permanent homes at their current residence of 1 South Arbor Road,

17  Aberdeen, Washington, 98520; are registered to vote at 1 South Arbor Road, Aberdeen,

18  Washington, 98520; use 1 South Arbor Road, Aberdeen, Washington, 98520 as the address on

19  their driver's license and automobile registrations; and use that address for all of their business

20  and personal financial accounts. (Dkt. No. 37 at 2.)

21  Based on these assertions, the Court is satisfied the members of TRG are domiciled in

22  Washington. TRG is thus a citizen of Washington, and the addition of Whitfield as a defendant

23

24

ORDER GRANTING MOTION TO REMAND (DKT. NO. 32) - 2

destroyed diversity.  This Court lacks jurisdiction, and Plaintiff's Motion to Remand (Dkt. No. 32) is GRANTED.  This case shall be remanded to Grays Harbor Superior Court.

DATED this 20th day of June 2024.

David G. Estudillo
United States District Judge